# Court of Appeals of the State of Georgia

ATLANTA,  March 11, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0276. JOHN R. WOOMER v. U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS.**

The superior court issued an order granting the defendants summary judgment, and the plaintiff John Woomer filed a motion to set aside on the basis that the court did not notify him of the order. The court denied the motion, and Woomer filed this timely application for discretionary review.

"[M]otions to set aside brought on the grounds that the court failed to notify the losing party of its decision are cognizable as motions to correct a clerical error pursuant to OCGA § 9-11-60 (g) and are properly the subject of a direct appeal." *Sea Tow/Sea Spill of Savannah v. Phillips*, 247 Ga. App. 613, 614 (1) (545 SE2d 34) (2001). This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).

Because the trial court's order denying Woomer's motion to set aside is subject to direct appeal, this application is hereby GRANTED. Woomer shall have ten days from the date of this order to file a notice of appeal with the superior court, if he has not already done so. See OCGA § 5-6-35 (g). The clerk of the superior court is

directed to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,___03/11/2025_____

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*